NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGENIADOR, LLC,**
*Plaintiff-Appellant,*

v.

**INTERWOVEN, INC., HEWLETT-PACKARD COMPANY, MICROSOFT CORPORATION, OBJECTIVE CORPORATION USA, INC., ORACLE CORPORATION, SAP AMERICA, INC., AND SPRINGCM, INC.,**
*Defendants,*

AND

**BRIDGELINE DIGITAL, INC.,**
*Defendant-Appellee,*

AND

**ALFRESCO SOFTWARE, INC.,**
*Defendant,*

AND

**BLACKBOARD, INC.,**
*Defendant,*

AND

**EMC CORPORATION,**
*Defendant,*

AND

## INFORMATICA CORPORATION,
*Defendant,*

AND

## COMPULINK MANAGEMENT CENTER, INC.,
*Defendant-Appellee,*

AND

## LEXMARK INTERNATIONAL, INC.,
*Defendant,*

AND

## NUXEO CORPORATION,
*Defendant,*

AND

## SDL TRIDION, INC.,
*Defendant.*

---

2012-1497, -1515

---

Appeals from the United States District Court for the District of Puerto Rico in case no. 11-CV-1840, Judge Gustavo A. Gelpi.

---

## ON MOTION

---

## ORDER

Ingeniador LLC ("Ingeniador") moves to reform the caption to reflect that it is appealing the judgment of the United States District Court for the District of Puerto Rico only as to Compulink Management Center, Inc. and Bridgeline Digital, Inc. Ingeniador similarly moves to dismiss the appeal as to Lexmark International, Inc. ("Lexmark").

Accordingly,

IT IS ORDERED THAT:

The motions are granted to the extent that the revised official caption is reflected above.

FOR THE COURT

AUG 23 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cristina Arenas-Solis, Esq.
     Steven Gardner, Esq.
     Jeremy T. Elman, Esq.
     Brandon H. Stroy, Esq.
     Doyle B. Johnson, Esq.
     Robert C. Weiss, Esq.
     Audra Carol Eidem Heinze, Esq.
     James Beard, Esq.
     Stuart C. Clark, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 23 2012

JAN HORBALY
CLERK